Thomas S. Brazier, Esq./SBN 055484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
DEVINCENZI TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLMA DRAYAGE, INC.; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1-20, inclusive, <br><br> Defendants. <br> DEVINCENZI TRUCKING, INC., <br><br> Third Party Complainant, <br><br> v. <br><br> CARRIX, INC. and its subsidiary, SSA MARINE INTERNATIONAL, <br><br> Third Party Defendants. <br> AND RELATED CROSS-CLAIMS. | Case No.: 3:09-CV-03118SC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT;** [PROPOSED] **ORDER** |

1

## STIPULATION

WHEREAS third-party defendant CARRIX, INC. was served with DEVINCENZI TRUCKING, INC.'S third-party complaint on or after December 17, 2009;

WHEREAS counsel for CARRIX, INC. requires additional time to review the pleadings, materials and related documentation concerning the claim;

WHEREAS no previous extensions of time to respond have been requested;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that third-party defendant CARRIX, INC. shall have an extension of time, up to and including January 20, 2010, within which to respond to DEVINCENZI TRUCKING, INC.'S third-party complaint.

IT IS SO STIPULATED:

DATED: January 4, 2010　　　　　　　　　　　LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/ Eric Steinle
　　Eric Steinle
　　Attorneys for Defendant, Cross-Complainant, Cross-Defendant and Third-Party Complainant, DEVINCENZI TRUCKING, INC.

DATED: January 4, 2010　　　　　　　　　　　BERENY & WALLACE

By: [signature]
　　Joshua Bereny
　　Attorneys for Third-Party Defendant, CARRIX, INC.

## ORDER

Pursuant to the Stipulation of the parties, third-party defendant CARRIX, INC. shall have up to and including January 20, 2010 to respond to DEVINCENZI TRUCKING, INC.'S third party complaint.

Dated: January 5, 2010

　　　　　　　　　　　　　　　　　　　　　　Hon. Samuel Conti, District Judge
　　　　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED