```
 1  Thomas S. Brazier, Esq./SBN 055484
    Eric Steinle, Esq./SBN 201117
 2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
    1570 The Alameda, Suite 150
 3  San Jose, California 95126-2305
    Telephone: (408) 280-6800
 4  Facsimile: (408) 275-6284

 5  Attorneys for Defendant
    DEVINCENZI TRUCKING, INC.
 6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLMA DRAYAGE, INC,; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1-20, inclusive, <br><br> Defendants. | Case No.: 3:09-CV-03118SC <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT; [PROPOSED] ORDER** |
| DEVINCENZI TRUCKING, INC., <br><br> Third Party Complainant, <br><br> v. <br><br> CARRIX, INC. and its subsidiary, SSA MARINE INTERNATIONAL, <br><br> Third Party Defendants. | |
| AND RELATED CROSS-CLAIMS. | |

1

<u>STIPULATION</u>

WHEREAS third-party defendant CARRIX, INC. was served with DEVINCENZI TRUCKING, INC.'S third-party complaint on or after December 17, 2009;

WHEREAS counsel for CARRIX, INC. requires additional time to review the pleadings, materials and related documentation concerning the claim;

WHEREAS no previous extensions of time to respond have been requested;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that third-party defendant CARRIX, INC. shall have an extension of time, up to and including January 20, 2010, within which to respond to DEVINCENZI TRUCKING, INC.'S third-party complaint.

IT IS SO STIPULATED:

DATED: January 4, 2010          LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

                                By: /s/ Eric Steinle
                                    Eric Steinle
                                    Attorneys for Defendant, Cross-Complainant,
                                    Cross-Defendant and Third-Party
                                    Complainant, DEVINCENZI TRUCKING,
                                    INC.

DATED: January 4, 2010          BERENY & WALLACE

                                By: [signature]
                                    Joshua Bereny
                                    Attorneys for Third-Party Defendant,
                                    CARRIX, INC.

<u>ORDER</u>

Pursuant to the Stipulation of the parties, third-party defendant CARRIX, INC. shall have up to and including January 20, 2010 to respond to DEVINCENZI TRUCKING, INC.'S third party complaint.

Dated:     January 5, 2010
                                        _____
                                        Hon. Samuel Conti, District Judge

                                        IT IS SO ORDERED
                                        Judge Samuel Conti