1
2
3
4
5
6
7

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

8
9
10

| | |
|---|---|
| TRAVELERS INDEMNITY, Plaintiff, | No. C09-3118 SC MED |
| v. | **ORDER APPROVING REQUEST FOR CROSS-DEFENDANT HAPAG-LLOYD (AMERICA) INC.'S CORPORATE REPRESENTATIVE TO ATTEND MEDIATION BY PHONE** |
| COLMA DRAYAGE, INC., ET AL., Defendants. | |

11
12
13
14
15
16

Date:         February 16, 2010
Mediator:   Delos Putz

17
18
19
20
21

        IT IS HEREBY ORDERED that cross-defendant Hapag-Lloyd (America) Inc.'s corporate

representative, Arne Klockmann, is excused from personal attendance at the February 16, 2010,

mediation before Delos Putz.  Mr. Klockmann shall be available to participate by telephone at all

times during the mediation, pursuant to ADR Local Rule 6-10.

        IT IS SO ORDERED.

22
23
24
25
26
27

February 3, 2010                              By:          *Elizabeth D. Laporte*

Dated                                                            Elizabeth D. Laporte
                                                               United States Magistrate Judge

28