**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRAVELERS INDEMNITY,<br>                Plaintiff, | No. C09-3118 SC MED |
| v. | **ORDER APPROVING REQUEST FOR CROSS-DEFENDANT HAPAG-LLOYD (AMERICA) INC.'S CORPORATE REPRESENTATIVE TO ATTEND MEDIATION BY PHONE** |
| COLMA DRAYAGE, INC., ET AL.,<br>                Defendants.<br>_____/ | |
| | Date:     February 16, 2010<br>Mediator: Delos Putz |

IT IS HEREBY ORDERED that cross-defendant Hapag-Lloyd (America) Inc.'s corporate representative, Arne Klockmann, is excused from personal attendance at the February 16, 2010, mediation before Delos Putz. Mr. Klockmann shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

February 3, 2010                    By:        *Elizabeth D. Laporte*
Dated                                                Elizabeth D. Laporte
                                                     United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Order re C09-3118 SC (2-2-10).wpd
         REV 10-09