UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TRAVELERS INDEMNITY,<br>　　　　Plaintiff, | No. C09-3118 SC MED |
| v. | **ORDER APPROVING REQUEST FOR PLAINTIFF TRAVELERS INDEMNITY'S CLAIMS HANDLER TO ATTEND MEDIATION BY PHONE** |
| COLMA DRAYAGE, INC., ET AL.,<br>　　　　Defendants.<br>_____/ | |
| | Date:　　February 16, 2010<br>Mediator:　Delos Putz |

　　　IT IS HEREBY ORDERED that plaintiff Travelers Indemnity's claims adjuster, Jeff A. Winchester, is excused from personally attending the February 16, 2010 mediation before Delos Putz. Mr. Winchester shall be available to participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

　　　IT IS SO ORDERED.

February 10, 2010　　　　　　　　By:　　*Elizabeth D. Laporte*
Dated　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge