1  Thomas S. Brazier, Esq./SBN 055484
   Eric Steinle, Esq./SBN 201117
2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
   1570 The Alameda, Suite 150
3  San Jose, California 95126-2305
   Telephone: (408) 280-6800
4  Facsimile: (408) 275-6284

5  Attorneys for Defendant
   DEVINCENZI TRUCKING, INC.
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 TRAVELERS INDEMNITY COMPANY OF         Case No.: 3:09-CV-03118SC
   CONNECTICUT; MARINPAK MPK SONOMA,
12 INC.,

13                                        **NOTICE AND STIPULATION OF**
              Plaintiffs,                 **DISMISSAL OF CROSS-CLAIM AGAINST**
14                                        **HAPAG-LLOYD (AMERICA), INC.**
        v.                                **[F.R.Civ.P. 41 (a) (1)]**
15
   COLMA DRAYAGE, INC.; DEVINCENZI
16 TRUCKING, INC.; FREDRICK SHUMATE dba
   SHUMATE ENTERPRISES, LLC; and DOES 1-
17 20, inclusive,

18            Defendants.

19 DEVINCENZI TRUCKING, INC.,

20            Third Party Complainant,

21
        v.
22
   CARRIX, INC. and its subsidiary, SSA MARINE
23 INTERNATIONAL,

24            Third Party Defendants.
25 AND RELATED CROSS-CLAIMS.

26

27

28

                        1

TO EACH PARTY AND TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Devincenzi Trucking, Inc. now dismisses its cross-claim against Hapag-Lloyd (America), Inc. only, under F.R.Civ.P. 41 (a) (1), by the stipulation of all parties that have appeared in the above-entitled action. This dismissal will be without prejudice, with each party to bear its own costs.

The parties to the above-entitled action, by and through undersigned counsel, stipulate to the voluntary dismissal under F.R.Civ.P. 41 (a) (1) of the cross claim by Devincenzi Trucking, Inc. against Hapag-Lloyd (America), Inc. only.

Dated: April 9, 2010

LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/
Eric Steinle
Attorneys for Defendant, Cross-Complainant, Cross-Defendant and Third-Party Complainant, DEVINCENZI TRUCKING, INC.

Dated: April 9, 2010

ELIE & ASSOCIATES

By: /s/
Daniel T. Schmaeling
Attorneys for Plaintiffs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and MARIN MPK SONOMA, INC.

Dated: April 9, 2010

KEESAL, YOUNG & LOGAN

By: /s/
John D. Giffin
Attorneys for Cross-Defendant
HAPAG-LLOYD (AMERICA), INC.

1  Dated: April 9, 2010                              MARANGA & MORGENSTERN

2

3                                                    By:   /s/
                                                         Richard Ozowski
4                                                        Attorneys for Cross-Defendant
                                                         COLMA DRAYAGE
5

6  Dated: April 9, 2010                              GREENE, CHAUVEL, DESCALSO, et al.

7

8                                                    By:   /s/
                                                         Ahyoung L. Kim
                                                         Attorneys for Cross-Defendant
9                                                        FREDERICK SHUMATE dba
                                                         SHUMATE ENTERPRISES and
10                                                       SHUMATE ENTERPRISES

11

12 Dated: April 9, 2010                              BERENY & WALLACE

13

14                                                   By:   /s/
                                                         Josh Bereny
15                                                       Attorneys for Third-Party Defendants
                                                         and Counter-Claimant CARRIX, INC.; SSA
16                                                       MARINE; and SSA TERMINALS, LLC

17

18

19                                                   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

20

21

22

23

24

25

26

27

28

3

Case No. 3:09-cv-03118 SC – NOTICE AND STIPULATION OF DISMISSAL OF
CROSS-CLAIM AGAINST HAPAG-LLOYD (AMERICA), INC. [F.R.CIV.P. 41 (A) (1)]