Ronald C. Chauvel (SBN 083182) [email: ron@greenechauvel.com]
A.K. Abraham (SBN 086870) [email: mediatr@greenechauvel.com]
Ahyoung L. Kim (SBN 249146) [email: akim@greenechauvel.com]
GREENE, CHAUVEL, DESCALSO & MINOLETTI, P.C.
155 Bovet Road, Suite 780
San Mateo, California 94402
Telephone: 650-573-9500
Facsimile: 650-573-9689

Attorneys for Defendant/Cross-Defendant/Cross-Claimant
FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC

Attorneys for Cross-Defendant/Cross-Claimant
SHUMATE ENTERPRISES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>COLMA DRAYAGE, INC.; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC and DOES 1-20, inclusive, <br><br>Defendants. | Case No.: 3:09-CV-03118SC <br><br>**NOTICE AND STIPULATION OF DISMISSAL OF CROSS-CLAIM AGAINST HAPAG-LLOYD (AMERICA), INC., BY FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC, AND SHUMATE ENTERPRISES, LLC** <br><br>[F.R.C.P. 41(a)(1)] |
| AND ALL RELATED CROSS-CLAIMS | |

TO EACH PARTY, THEIR RESPECTIVE COUNSEL, AND TO THE HONORABLE COURT:

PLEASE TAKE NOTICE THAT Defendant/Cross-Defendant/Cross-Claimant, FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC ("SHUMATE"), and Cross-Defendant/Cross-Claimant, SHUMATE ENTERPRISES, LLC ("SHUMATE LLC"), now dismiss their Cross-Claim against Cross-Defendant, HAPAG-LLOYD (AMERICA), INC., only, under Federal Rules of Civil Procedure Rule 41(a)(1), by the stipulation of all parties that have

appeared in the above-entitled action. This dismissal will be without prejudice, with each party to bear its own costs.

The parties to the above-entitled action, by and through their respective undersigned counsel, stipulate to the voluntary dismissal under F.R.C.P. 41(a)(1) of the Cross-Claim by SHUMATE and SHUMATE LLC, against HAPAG-LLOYD (AMERICA), INC., only.

Dated: April 9, 2010                    GREENE, CHAUVEL, DESCALSO & MINOLETTI, P.C.


By: _____/s/_____
Ahyoung L. Kim,
Attorneys for Defendant/Cross-Defendant/Cross-Claimant,
FREDRICK SHUMATE dba
SHUMATE ENTERPRISES, LLC. and
Cross-Defendant/Cross-Claimant,
SHUMATE ENTERPRISES, LLC


Dated: April 9, 2010                    ELIE & ASSOCIATES


By: _____/s/_____
Daniel T. Schmaeling,
Attorneys for Plaintiffs,
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT and MARINPAK MPK SONOMA, INC.


Dated: April 9, 2010                    MARANGA & MORGENSTERN


By: _____/s/_____
Richard Ozowski,
Attorneys for Cross-Defendant,
COLMA DRAYAGE

////

////

////

////

- 2 -

NOTICE AND STIPULATION OF DISMISSAL OF CROSS-CLAIM AGAINST HAPAG-LLOYD
Case No. 3:09-CV-03118SC

Dated: April 9, 2010                    LaMORE, BRAZIER, RIDDLE & GIAMPAOLI


By: _____/s/_____
    Eric Steinle,
    Attorneys for Defendant/Cross-Complainant,
    Cross-Defendant, and Third-Party Complainant,
    DEVINCENZI TRUCKING, INC.


Dated: April 9, 2010                    KEESAL, YOUNG & LOGAN


By: _____/s/_____
    John D. Giffin,
    Attorneys for Cross-Defendant,
    HAPAG-LLOYD (AMERICA), INC.


Dated: April 9, 2010                    BERENY & WALLACE


By: _____/s/_____
    Josh Bereny,
    Attorneys for Third-Party Defendants and
    Counter-Claimants,
    CARRIZ, INC.; SSA MARINE; and
    SSA TERMINALS, LLC.

**IT IS SO ORDERED**
Judge Samuel Conti
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

GREENE, CHAUVEL,
DESCALSO & MINOLETTI,
P.C.
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

- 3 -

NOTICE AND STIPULATION OF DISMISSAL OF CROSS-CLAIM AGAINST HAPAG-LLOYD
Case No. 3:09-CV-03118SC