UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COLMA DRAYAGE, INC., et al.,<br><br>    Defendant(s). | No. C09-3118 SC (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the

1

1  Court **before** filing any discovery motions or other papers.
2  The party seeking discovery shall request a conference in a
3  letter **filed electronically** not exceeding two pages (with no
4  attachments) which briefly explains the nature of the action
5  and the issues in dispute.  Other parties **shall reply** in
6  similar fashion within **two days** of receiving the letter
7  requesting the conference.  The Court will contact the parties
8  to schedule the conference.

9       After the conference with the Court, if filing papers is
10 deemed necessary, they should be filed **electronically** with the
11 Clerk's Office, with **one hard copy delivered directly to**
12 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
13 chambers copy of all briefs shall be submitted on a diskette
14 formatted in WordPerfect or e-mailed to the following address:
15 DATED: October 7, 2010

                                _____
                                        Bernard Zimmerman
                                  United States Magistrate Judge

19 G:\BZALL\-REFS\TRAVELERS V. COLMA DRAYAGE\INITIAL DISCOVERY ORDER.wpd

2