UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY CO., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> COLMA DRAYAGE, INC., et al., <br><br> Defendant(s). | No. C09-3118 SC (BZ) <br><br> **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having been referred Plaintiff's Motion to Quash Subpoena, **IT IS HEREBY ORDERED** that the defendant shall set forth its position on the discovery dispute in a letter of **not more** than **two pages** to be served and filed by **12:00 p.m. on Wednesday, October 20, 2010.  IT IS FURTHER ORDERED**, that a telephonic conference is scheduled for **Thursday, October 21, 2010 at 9:00 a.m.,** to discuss the discovery dispute currently at issue.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: November 18, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\TRAVELERS V. COLMA DRAYAGE\TEL CONF 1.wpd

1