UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>COLMA DRAYAGE, INC., et al.,<br><br>    Defendant(s). | No. C09-3118 SC (BZ)<br><br>**SECOND DISCOVERY ORDER** |

Following a telephone conference on October 21, 2010 at which plaintiff Travelers Indemnity, defendant Frederick Shumate, and third-party defendant SSA Terminal were represented by counsel, **IT IS ORDERED** as follows:

1.  The parties shall meet and confer by **October 28, 2010**, in accordance with the Initial Discovery Order, and try to resolve their discovery dispute, having in mind the views expressed by the Court.

2.  If the parties are unsuccessful, and Travelers Indemnity wishes a ruling on its motion to quash, it shall notify the Court.  The Court will then set a briefing schedule.

1

3.   The parties shall also meet and confer to schedule expert and non-expert discovery deadlines.  If the parties reach an agreement, they shall file a stipulation and a proposed order with the agreed upon deadlines.

DATED: October 22, 2010

                                                  Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-REFS\TRAVELERS V. COLMA DRAYAGE\DISC ORD 2.wpd