Robert A. Morgenstern, Esq. (SBN 94180)
Christopher F. Johnson, Esq. (SBN 114177)
Richard M. Ozowski (SBN 219226)
MARANGA • MORGENSTERN
A Professional Law Corporation
350 Sansome Street, Suite 630
San Francisco, California 94104
(415) 248-5315; Fax (415) 248-5314
rozowski@marmorlaw.com

Attorneys for Defendant/Cross Defendant/Cross-Complainant
COLMA DRAYAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> COLMA DRAYAGE, INC.; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 3:09-CV-03118SC <br> [Complaint Filed July 10, 2009] <br><br> **STIPULATED REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF** |
| DEVINCENZI TRUCKING, INC., a California Corporation, <br><br> Cross-Complainant, <br><br> vs. <br><br> HAPAG-LLOYD (AMERICA) INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; SHUMATE ENTERPRISES, LLC; COLMA DRAYAGE, INC.; and DOES 21through 50 inclusive, <br><br> Cross-Defendants. | |

1

STIPULATED REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF

Pursuant to Civil Local Rules, Rules 6-2 and 7-12, and to the Stipulation reflected herein, the Parties request an extension of the discovery cut-off solely for the purpose of taking the non-expert depositions of Plaintiff TRAVELERS INDEMNITY OF CONNECTICUT ("Travelers") and its subrogor, Plaintiff MARINPAK MPK SONOMA, INC. ("MPK") (Travelers and MPK collectively, "Plaintiffs").

Pursuant to the Initial Case Management Order, the discovery cut-off is scheduled for **January 7, 2011**. Trial is scheduled to commence **March 7, 2011**. In accordance therewith, Defendant COLMA DRAYAGE, INC. ("CDI") properly served notice of the depositions of MPK's and Travelers' "Persons Most Knowledgeable" to take place January 5, 2011 and January 7, 2011, respectively.

Since such notices, however, Plaintiffs' counsel have indicated their intention to dismiss MPK's independent prayer for damages related to business interruption, which will partially, if not entirely, obviate the MPK deposition. In any event, Plaintiffs' counsel, with the stipulation of all counsel as reflected below, agree that should MPK's deposition remain necessary, any party may reasonably re-notice such deposition for any date through and including **February 28, 2011**.

With respect to Travelers, CDI noticed the deposition, in accordance with Federal Rules of Civil Procedure, to take place at Travelers' Hartford, Connecticut headquarters. Such deposition prospectively will relate primarily to Travelers' claim for damages. However, Plaintiffs' counsel likewise have indicated their willingness to stipulate to damages reduced from that alleged in Plaintiffs' Complaint in Subrogation.[1] Moreover, counsel advised that Travelers' "Person Most Knowledgeable" is actually located in Wisconsin, necessitating revised travel arrangements. Again, in any event, Plaintiffs' counsel, with stipulation of remaining counsel, have agreed to permit the Travelers deposition to take place anytime through and including **February 28, 2011**. There have been no other modifications to the Initial Case Management Order.

---

[1] Plaintiffs' and defense counsel have discussed, among other things, the appropriate measure of damages for property destruction and its application to Plaintiffs' loss.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 4, 2011 | MARANGA · MORGENSTERN<br>A Professional Law Corporation |
| 3 | | |
| 4 | | |
| 5 | | Christopher F. Johnson, Esq.<br>Richard M. Ozowski, Esq.<br>Attorneys for Defendant/Cross-Defendant/ Cross-Complainant COLMA DRAYAGE, INC. |
| 6 | | |
| 7 | DATED: January __, 2011 | SHAWN C. MOORE & ASSOCIATES |
| 8 | | |
| 9 | | Daniel T. Schmedding, Esq.<br>Attorneys for Plaintiffs<br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and MARINPAK MPK SONOMA, INC. |
| 10 | | |
| 11 | | |
| 12 | DATED: January __, 2011 | CHAUVEL, ABRAM, DESCALSO & MINOLETTI |
| 13 | | |
| 14 | | A.K. Abraham, Esq./Ahyoung L. Kim, Esq.<br>Attorneys for Defendant/Cross-Defendant/ Cross-Complainant, FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC, and SHUMATE ENTERPRISES, LLC |
| 15 | | |
| 16 | | |
| 17 | DATED: January __, 2011 | BERENY & WALLACE |
| 18 | | |
| 19 | | Joshua Bereny, Esq.<br>Attorneys for Third-Party Defendants, CARRIS, INC. and SSA MARINE (erroneously served as SSA Marine, International) |
| 20 | | |
| 21 | | |
| 22 | DATED: January __, 2011 | KEESAL YOUNG AND LOGAN |
| 23 | | |
| 24 | | John D. Giffin, Esq.<br>Hapag-Lloyd (America) Inc. |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 4, 2011 | MARANGA • MORGENSTERN<br>A Professional Law Corporation |
| 3 | | |
| 4 | | _____<br>Christopher F. Johnson, Esq. |
| 5 | | Richard M. Ozowski, Esq.<br>Attorneys for Defendant/Cross-Defendant/ Cross- |
| 6 | | Complainant COLMA DRAYAGE, INC. |
| 7 | DATED: January __, 2011 | SHAWN C. MOORE & ASSOCIATES |
| 8 | | |
| 9 | | _____<br>Daniel T. Schmaeling, Esq. |
| 10 | | Attorneys for Plaintiffs<br>TRAVELERS INDEMNITY COMPANY OF<br>CONNECTICUT and MARINPAK MPK |
| 11 | | SONOMA, INC. |
| 12 | DATED: January 4, 2011 | CHAUVEL, ABRAM, DESCALSO &<br>MINOLETTI |
| 13 | | |
| 14 | | _____<br>A.K. Abraham, Esq./Ahyoung L. Kim, Esq. |
| 15 | | Attorneys for Defendant/Cross-Defendant/<br>Cross-Complainant, FREDRICK SHUMATE dba |
| 16 | | SHUMATE ENTERPRISES, LLC, and SHUMATE<br>ENTERPRISES, LLC |
| 17 | DATED: January __, 2011 | BERENY & WALLACE |
| 18 | | |
| 19 | | _____<br>Joshua Bereny, Esq. |
| 20 | | Attorneys for Third-Party Defendants,<br>CARRIS, INC. and SSA MARINE (erroneously |
| 21 | | served as SSA Marine, International) |
| 22 | DATED: January __, 2011 | KEESAL YOUNG AND LOGAN |
| 23 | | |
| 24 | | _____<br>John D. Giffin, Esq.<br>Hapag-Lloyd (America) Inc. |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2  DATED: January 4, 2011 | MARANGA • MORGENSTERN<br>A Professional Law Corporation |
| 3 | |
| 4 | _____<br>Christopher F. Johnson, Esq.<br>Richard M. Ozowski, Esq.<br>Attorneys for Defendant/Cross-Defendant/ Cross-Complainant COLMA DRAYAGE, INC. |
| 5 | |
| 6 | |
| 7  DATED: January __, 2011 | SHAWN C. MOORE & ASSOCIATES |
| 8 | |
| 9 | _____<br>Daniel T. Schmaeling, Esq.<br>Attorneys for Plaintiffs<br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and MARINPAK MPK SONOMA, INC. |
| 10 | |
| 11 | |
| 12  DATED: January __, 2011 | CHAUVEL, ABRAM, DESCALSO & MINOLETTI |
| 13 | |
| 14 | _____<br>A.K. Abraham, Esq./Ahyoung L. Kim, Esq.<br>Attorneys for Defendant/Cross-Defendant/ Cross-Complainant, FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC, and SHUMATE ENTERPRISES, LLC |
| 15 | |
| 16 | |
| 17  DATED: January 4, 2011 | BERENY & WALLACE |
| 18 | |
| 19 | _____<br>Joshua Bereny, Esq.<br>Attorneys for Third-Party Defendants,<br>CARRIS, INC. and SSA MARINE (erroneously served as SSA Marine, International) |
| 20 | |
| 21 | |
| 22  DATED: January __, 2011 | KEESAL YOUNG AND LOGAN |
| 23 | |
| 24 | _____<br>John D. Giffin, Esq.<br>Hapag-Lloyd (America) Inc. |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

STIPULATED REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF

1 | DATED: January __, 2011

MARANGA • MORGENSTERN
A Professional Law Corporation

_____
Christopher F. Johnson, Esq.
Richard M. Ozowski, Esq.
Attorneys for Defendant/Cross-Defendant/ Cross-Complainant COLMA DRAYAGE, INC.

7 | DATED: January __, 2011

SHAWN C. MOORE & ASSOCIATES

_____
Daniel T. Schmaeling, Esq.
Attorneys for Plaintiffs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and MARINPAK MPK SONOMA, INC.

13 | DATED: January __, 2011

CHAUVEL, ABRAM, DESCALSO & MINOLETTI

_____
A.K. Abraham, Esq.
Ahyoung L. Kim, Esq.
Attorneys for Defendant/Cross-Defendant/ Cross-Complainant, FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC, and SHUMATE ENTERPRISES, LLC

20 | DATED: January __, 2011

BERENY & WALLACE

_____
Joshua Bereny, Esq.
Attorneys for Third-Party Defendants, CARRIS, INC. and SSA MARINE (erroneously served as SSA Marine, International)

25 | DATED: January 7, 2011

KEESAL YOUNG AND LOGAN

_____
John D. Giffin, Esq.
Hapag-Lloyd (America) Inc.

3
STIPULATED REQUEST FOR EXTENSION OF DISCOVERY CUT-OFF

1 | DATED: January 4, 2011     LAMORE, BRAZIER, RIDDLE & GIAMPOALI

    /s/

Eric Steinle, Esq.
Attorneys for Defendant/Cross-Defendant/
Cross-Complainant/Third-Party Plaintiff,
DEVINCENZI TRUCKING, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 11, 2011

Honorable Samuel C.

IT IS SO ORDERED
Judge Samuel Conti