Daniel T. Schmaeling, Esq. SBN143691
SHAWN C. MOORE & ASSOCIATES
11070 White Rock Road, Suite 200
Rancho Cordova, CA  95670
Telephone:     (916) 638-6610
Facsimile:      (916) 638-6607

Attorneys for Plaintiffs
TRAVELERS INDEMNITY COMPANY OF CONNECTICUT
and MARINPAK MPK SONOMA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLMA DRAYAGE, INC.; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1 to 20, inclusive, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-ACTIONS | Case No.: 3:09-CV-03118 SC <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND MARINPAK MPK SONOMA, INC.'S  ACTION WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The above-named Plaintiffs', TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and MARINPAK MPK SONOMA, INC. by and through their counsel, Daniel T. Schmaeling of Shawn C. Moore & Associates, and Defendants COLMA DRAYAGE, INC., DEVINCENZI TRUCKING, INC., and  FREDRICK SHUMATE DBA SHUMATE ENTERPRISES, LLC AND SHUMATE ENTERPRISES, LLC by and through their counsel of record herein stipulate to dismissal

STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND MARINPAK MPK SONOMA, INC.'S ACTION WITH PREJUDICE

1

of the Plaintiffs' Complaint ONLY in the instant action with prejudice. These parties further stipulate that each party shall bear their own fees and costs incurred herein.

WHEREFORE, the aforesaid Parties so stipulate and request this Honorable Court grant said relief as set forth hereinabove.

Dated this 14 day of February, 2011
SHAWN C. MOORE & ASSOCIATES

/s/

Daniel T. Schmaeling, Esq.
Attorneys for Plaintiffs,
TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT and
MARINPAK MPK SONOMA, INC.

Dated this 14 day of February, 2011
GREENE, CHAUVEL, DESCALSO &
MINOLETTI, P.C.

/s/

Ahyoung L. Kim
Attorneys for Defendant,
FREDRICK SHUMATE DBA SHUMATE
ENTERPRISES, LLC AND SHUMATE
ENTERPRISES, LLC

Dated this 14 day of February, 2011
LAMORE, BRAZIER, RIDDLE &
GIAMPAOLI

/s/

Eric Steible, Esq.
Attorneys for Defendant,
DEVINCENZI TRUCKING, INC.

Dated this 10th day of February, 2011
MARANGA & MORGENSTERN

/s/

Richard M. Ozowski, Esq.
Attorneys for Defendant,
COLMA DRAYAGE, INC.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

PURSUANT TO STIPULATION, IT IS SO ORDERED: that this action is dismissed with prejudice, that all parties herein shall bear their own attorney's fees and costs incurred.

Executed this 17 day of February, 2011.

HONORABLE SAMUEL CONTI

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT AND MARINPAK MPK SONOMA, INC.'S ACTION WITH PREJUDICE
2

<u>Travelers v. Colma Drayage, Inc., et al</u>
United States District Court, Northern District of California
Case No. 3:09-CV-03118 SC

## PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 years and not a party to the above-captioned matter. My business address is 11070 White Rock Road, Suite 200 in Rancho Cordova, California 95670.

On this date, I served the foregoing document described as: **STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND MARINPAK MPK SONOMA, INC.'S ACTION WITH PREJUDICE** on the parties below by placing a true copy thereof in a sealed envelope and served same on the parties/counsel, addressed as follows:

<u>Counsel for Colma Drayage</u>
Richard M. Ozowski, Esq.
Maranga & Morgenstern
A Professional Law Corporation
350 Sansome Street, Suite 630
San Francisco, CA 94104
rozowski@marmorlaw.com
Fax: (415) 248-5314

<u>Counsel for Fredrick Shumate dba Shumate Enterprises, LLC and Shumate Enterprises, LLC</u>
Ahyoung L. Kim
Greene, Chauvel, Descalso & Minoletti, P.C.
155 Bovet Road, Suite 780
San Mateo, CA 94402
akim@greenechauvel.com
Fax: (650) 573-9689

<u>Counsel for Carrix, Inc.</u>
Joshua B. Bereny, Esq.
Bereny & Wallace15670 Ventura Blvd., 16th Floor
Encino, CA 91436
josh@berenylaw.com
Fax: (818) 789-9041

<u>Counsel for Devincenzi Trucking, Inc.</u>
Eric Steinle, Esq.
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, CA 95126-2305
Eric.Steinle@gmail.com
Fax: (408) 275-6284

<u>Counsel for Hapag-Lloyd (America), Inc.</u>
John D. Giffin, Esq.
Anne M. Moriarty, Esq.
Keesal, Young & Logan
450 Pacific Ave.
San Francisco, CA 94133
john.giffin@kyl.com
annie.moriarty@kyl.com
Fax: (415) 981-0136

The following is the procedure in which service of this document was effected:

**XXX (ELECTRONICALLY)**, I caused said documents to be transmitted using ECF as specified by General Order No. 45.

1 | __XXX__ **(BY U.S. MAIL)** by placing such envelope(s) with postage thereon fully prepaid in the designated
2 | area for outgoing mail in accordance with this office's practice, whereby the mail is deposited in a U.S.
3 | mailbox after the close of the day's business.
4 | ____ (BY PERSONAL SERVICE) by delivering by hand and leaving a true copy with the person and/or
5 | secretary at the address shown above.
6 | ____ (BY OVERNIGHT CARRIER) by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the overnight carrier/box after the close of the day's business.
7 | ____ (BY FACSIMILE TRANSMITTAL) by placing a true copy thereof into a facsimile machine
8 | addressed to the person, address and telephone number shown above.
9 |     I, hereby declare under penalty of perjury under the laws of the State of California that the
10 | foregoing is true and correct and this document was executed at Rancho Cordova, California on Thursday,
11 | February 17, 2011.

Katey Keifer
Paralegal to Daniel T. Schmaeling, Esq.

---

STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF TRAVELERS INDEMNITY COMPANY OF CONNECTICUT AND MARINPAK MPK SONOMA, INC.'S ACTION WITH PREJUDICE
4