UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-09-73118           Samuel Conti           DATE February 18, 2011
Case Number          Judge                  Time 5 minutes

Title: TRAVELERS INDEMNITY, et al. vs COLA DRAYAGE, INC. et al.

Attorneys:                       RICHARD OZOWSKI, AHYOUNG KIM
                                 JOHN GIFFIN, ERIC SEINLE,
                                 JOSH BERENY, THOMAS BRAZIER

Deputy Clerk: T. De Martini    Court Reporter: Jim Yeomans

Court   Pltf's   Deft's
(XXX)   ( )     ( )    1. Status Conference - Held

( )     ( )     ( )    2.

( )     ( )     ( )    3.

( )     ( )     ( )    4.

( )     ( )     ( )    5.

( )Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to 2/25/11 @ 10:00 a.m. for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: All parties waive the jury as to all remaining claims. By Tuesday the parties are to submit to the Court a statement that includes what causes of action remain to be tried.

cc: