Thomas S. Brazier, Esq./SBN 055484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
DEVINCENZI TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLMA DRAYAGE, INC,; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1-20, inclusive, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS. | Case No.: 3:09-CV-03118SC <br><br> **STIPULATION DISMISSING THIRD PARTY COMPLAINT OF DEVINCENZI TRUCKING, INC. AND COUNTERCLAIM OF SSA TERMINALS, LLC; [PROPOSED] ORDER** |

It is stipulated by and between Devincenzi Trucking, Inc. and Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC, by and through their counsel of record, undersigned, as follows:

On November 19, 2009, Devincenzi Trucking, Inc. filed a Third-Party Complaint for Equitable Indemnity against Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC, which provided stevedore services at the Oakland International Container Terminal where a load shipped by Marinpak MPK Sonoma, Inc. was to be picked up on or about July 13, 2007. Damage to that load during truck transport was the subject matter of a Complaint in Subrogation filed by Marinpak MPK Sonoma, Inc. and its

1

insurer, Travelers Indemnity Company of Connecticut, naming Devincenzi Trucking, Inc., among others, as a defendant.

2.  Concurrently with its Answer to the Amended Third-Party Complaint on April 5, 2010, SSA Terminals, LLC filed a Counterclaim against Devincenzi Trucking, Inc., alleging breach of contract, contractual and equitable indemnity, and negligence.

3.  The plaintiffs in subrogation settled their claim against all defendants in that action, including Devincenzi Trucking, Inc. The plaintiffs in subrogation then filed a Stipulation and Order dismissing their claims, which this court signed on February 17, 2011.

4.  After the Complaint in Subrogation was settled, Devincenzi Trucking, Inc. and Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC settled Devincenzi Trucking, Inc.'s Third-Party Complaint on mutually-satisfactory terms, and each has now executed a full and final release of all claims between them stated in the Third-Party Complaint.

5.  Concurrently with the settlement described in Paragraph 4, SSA Terminals, LLC and Devincenzi Trucking, Inc. also agreed to settle SSA Terminals, LLC's Counterclaim on mutually-satisfactory terms, and each has now executed a full and final release of all claims between them stated in the counterclaim.

6.  As one of the terms of the settlements and releases described in Paragraphs 4 and 5, Devincenzi Trucking, Inc. and Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC agreed that each party would bear its own fees and costs, to the extent payment of such fees and costs was not expressly a consideration for settling.

7.  Devincenzi Trucking, Inc., Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC now ask the court to enter an order, which appears below, dismissing Devincenzi Trucking, Inc.'s Third-

//
//
//
//
//
//

2

Case No. 3:09-cv-03118 SC – STIPULATION DISMISSING THIRD PARTY COMPLAINT OF DEVINCENZI TRUCKING, INC. AND COUNTERCLAIM OF SSA TERMINALS, LLC; [PROPOSED] ORDER

Party Complaint in its entirety, and SSA Terminals, LLC's Counterclaim against Devincenzi Trucking, Inc. in its entirety.

     IT IS SO STIPULATED.

Dated: March 31, 2011                     LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/ Eric Steinle
Thomas S. Brazier
Eric Steinle
Attorneys for Defendant, Cross-Complainant, Cross-Defendant and Third-Party Complainant, DEVINCENZI TRUCKING, INC.

Dated: March 30, 2011                     BERENY & WALLACE

By: /s/ Joshua Bereny
Joshua Bereny
Attorneys for Third-Party Defendants and Counterclaimants, SSA MARINE, SSA TERMINALS, LLC and CARRIX, INC.

## ORDER

The stipulation between Devincenzi Trucking, Inc. and Carrix, Inc., SSA Marine, Inc. and SSA Terminals, LLC being made with good cause, the Third-Party Complaint for Indemnity of Devincenzi Trucking, Inc. and the Counterclaim of SSA Terminals, LLC are hereby dismissed. Under the terms of their settlement of those claims, each party will bear its own fees and costs to the extent payment of such fees and costs was not a consideration for settlement.

     IT IS SO ORDERED.

Dated: ___3/31___, 2011

_____
Hon. Samuel Conti, Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

3