Thomas S. Brazier, Esq./SBN 055484
Eric Steinle, Esq./SBN 201117
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California  95126-2305
Telephone:  (408) 280-6800
Facsimile:   (408) 275-6284

Attorneys for Defendant
DEVINCENZI TRUCKING, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COLMA DRAYAGE, INC,; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1-20, inclusive, <br><br> Defendants. <br> _____ <br> AND RELATED CROSS-CLAIMS. | Case No.: 3:09-CV-03118SC <br><br> **STIPULATION DISMISSING CROSS-CLAIMS FOR INDEMNITY BETWEEN COLMA DRAYAGE, INC. AND DEVINCENZI TRUCKING, INC.;** <br> **[~~PROPOSED~~] ORDER** |

     It is stipulated by and between Colma Drayage, Inc. and Devincenzi Trucking, Inc., by and through their counsel of record, undersigned, as follows:

     1.     In answering the Complaint in Subrogation and Amended Complaint in Subrogation filed in the above-captioned action by Travelers Indemnity Company of Connecticut and Marinpak MPK Sonoma, Inc., Colma Drayage, Inc. and Devincenzi Trucking, Inc. each cross-claimed against the other for equitable indemnity.

1

Case No. 3:09-cv-03118 SC – STIPULATION DISMISSING CROSS-CLAIMS FOR INDEMNITY BETWEEN COLMA DRAYAGE, INC. AND DEVINCENZI TRUCKING, INC.; [PROPOSED] ORDER

2. The plaintiffs in subrogation settled their claim against all defendants in that action, including Colma Drayage, Inc. and Devincenzi Trucking, Inc. The plaintiffs in subrogation then filed a Stipulation and Order dismissing their claims, which this court signed on February 17, 2011.

3. After the complaint in subrogation was settled, Colma Drayage, Inc. and Devincenzi Trucking, Inc. settled their cross-claims on mutually-satisfactory terms, and each has now executed a full and final release of all claims between them arising from the events and incidents that gave rise to the Complaint in Subrogation.

4. As one of the terms of their settlement and release, Colma Drayage, Inc. and Devincenzi Trucking, Inc. agreed that each party would bear its own fees and costs.

5. Colma Drayage, Inc. and Devincenzi Trucking, Inc. now ask the court to enter an order, which appears below, dismissing Colma Drayage, Inc.'s cross-claims against Devincenzi Trucking, Inc. only, and Devincenzi Trucking, Inc.'s cross-claims against Colma Drayage, Inc. only.

IT IS SO STIPULATED.

Dated: March 31, 2011                LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

                                     By: /s/ Eric Steinle
                                         Thomas S. Brazier
                                         Eric Steinle
                                         Attorneys for Defendant, Cross-Complainant,
                                         Cross-Defendant and Third-Party
                                         Complainant, DEVINCENZI TRUCKING,
                                         INC.

Dated: March 30, 2011                MORANGA & MORGENSTERN

                                     By: /s/ Richard Ozowski
                                         Richard Ozowski
                                         Attorneys for Defendant, Cross-Complainant,
                                         and Cross-Defendant COLMA DRAYAGE

ORDER

The stipulation between Colma Drayage, Inc. and Devincenzi Trucking, Inc. being made with good cause, the cross-claims for indemnity filed by Colma Drayage, Inc. against Devincenzi Trucking, Inc. only and the cross-claims for indemnity filed by Devincenzi Trucking, Inc. against Colma Drayage,

2

Case No. 3:09-cv-03118 SC – STIPULATION DISMISSING CROSS-CLAIMS FOR INDEMNITY BETWEEN COLMA DRAYAGE, INC. AND DEVINCENZI TRUCKING, INC.; [PROPOSED] ORDER

1 | Inc. only are hereby dismissed.  Under the terms of their settlement of those claims, each party will bear
2 | its own fees and costs.
3 | IT IS SO ORDERED.

5 | Dated: __3/31__, 2011

6 | _____
7 | Hon. Samuel Conti, District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*