1  Thomas S. Brazier, Esq./SBN 055484
   Eric Steinle, Esq./SBN 201117
2  LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
   1570 The Alameda, Suite 150
3  San Jose, California  95126-2305
   Telephone:  (408) 280-6800
4  Facsimile:  (408) 275-6284

5  Attorneys for Defendant
   DEVINCENZI TRUCKING, INC.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  TRAVELERS INDEMNITY COMPANY OF          Case No.: 3:09-CV-03118SC
    CONNECTICUT; MARINPAK MPK SONOMA,
12  INC.,
                                            **STIPULATION DISMISSING CROSS-**
13                Plaintiffs,                **CLAIMS FOR INDEMNITY BETWEEN**
                                            **FREDRICK SHUMATE DBA SHUMATE**
14        v.                                **ENTERPRISES, LLC, SHUMATE**
                                            **ENTERPRISES, LLC. AND DEVINCENZI**
15  COLMA DRAYAGE, INC,; DEVINCENZI         **TRUCKING, INC.; [PROPOSED] ORDER**
    TRUCKING, INC.; FREDRICK SHUMATE dba
16  SHUMATE ENTERPRISES, LLC; and DOES 1-
    20, inclusive,
17
                  Defendants.
18  _____
19  AND RELATED CROSS-CLAIMS.
20  _____

21

22

23

24

25

26

27

28

It is stipulated by and between Fredrick Shumate dba Shumate Enterprises, LLC, Shumate Enterprises, LLC, and Devincenzi Trucking, Inc., by and through their counsel of record, undersigned, as follows:

1.      In answering the Complaint in Subrogation and Amended Complaint in Subrogation filed in the above-captioned action by Travelers Indemnity Company of Connecticut and Marinpak MPK Sonoma, Inc., Fredrick Shumate dba Shumate Enterprises, LLC, Shumate Enterprises, LLC, and Devincenzi Trucking, Inc. each cross-claimed against the other for equitable indemnity.

2.      The plaintiffs in subrogation settled their claim against all defendants in that action, including Fredrick Shumate dba Shumate Enterprises, LLC, Shumate Enterprises, LLC, and Devincenzi Trucking, Inc. The plaintiffs in subrogation then filed a Stipulation and Order dismissing their claims, which this court signed on February 17, 2011.

3.      After the Complaint in Subrogation was settled, Fredrick Shumate dba Shumate Enterprises, LLC, and Shumate Enterprises, LLC, and Devincenzi Trucking, Inc. settled their cross-claims on mutually-satisfactory terms, and each has now executed a full and final release of all claims between them arising from the events and incidents that gave rise to the Complaint in Subrogation.

4.      As one of the terms of their settlement and release, Fredrick Shumate dba Shumate Enterprises, LLC, Shumate Enterprises, LLC, and Devincenzi Trucking, Inc. agreed that each party would bear its own fees and costs.

5.      Fredrick Shumate dba Shumate Enterprises, LLC, Shumate Enterprises, LLC, and Devincenzi Trucking, Inc. now ask the court to enter an order, which appears below, dismissing Fredrick Shumate dba Shumate Enterprises, LLC, and Shumate Enterprises, LLC's cross-claims against Devincenzi Trucking, Inc. only, and Devincenzi Trucking, Inc.'s cross-claims against Fredrick Shumate

//
//
//
//
//
//

1

1    dba Shumate Enterprises, LLC, and Shumate Enterprises, LLC, only.

2          IT IS SO STIPULATED.

3

4    Dated:  April 11, 2011          LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

5

6                 By:  /s/ Eric Steinle
                   Thomas S. Brazier

7                       Eric Steinle
                   Attorneys for Defendant, Cross-Complainant,

8                       Cross-Defendant and Third-Party
                   Complainant, DEVINCENZI TRUCKING,

9                       INC.

10

11   Dated:  April 11, 2011          CHAUVEL, ABRAHAM & DESCALSO, LLP

12

13                By:   /s/Ahyoung L. Kim
                   Ahyoung L. Kim

14                      Attorneys for Cross-Defendant,
                   FREDRICK SHUMATE dba

15                      SHUMATE ENTERPRISES, LLC, and
                   SHUMATE ENTERPRISES, LLC

16

17                     ORDER

18         The stipulation between Fredrick Shumate dba Shumate Enterprises, LLC, and Shumate

19   Enterprises, LLC, and Devincenzi Trucking, Inc. being made with good cause, the cross-claims for

20   indemnity filed by Fredrick Shumate dba Shumate Enterprises, LLC, and Shumate Enterprises, LLC,

21   against Devincenzi Trucking, Inc. only and the cross-claims for indemnity filed by Devincenzi

22   Trucking, Inc. against Fredrick Shumate dba Shumate Enterprises, LLC, and Shumate Enterprises, LLC,

23   only are hereby dismissed.  Under the terms of their settlement of those claims, each party will bear its

24   own fees and costs.

25         IT IS SO ORDERED.

26   Dated:   April 13,   , 2011

27                      Hon. Samuel Conti, US District Judge

28

                          2