Joshua Bereny, SBN 156148
BERENY & WALLACE
15760 Ventura Blvd., 16th Floor
Encino, California 91436
Telephone (818) 789-9040
Facsimile (818) 789-9041

Attorneys for Cross-Claimant CARRIX, INC. and SSA MARINE (erroneously served as SSA Marine, International)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT; MARINPAK MPK SONOMA, INC., <br><br>          Plaintiffs, <br><br>     vs. <br><br> COLMA DRAYAGE, INC.; DEVINCENZI TRUCKING, INC.; FREDRICK SHUMATE dba SHUMATE ENTERPRISES, LLC; and DOES 1-20, inclusive, <br><br>          Defendants. <br><hr> SSA MARINE, INC. <br><br>          Cross-Claimant, <br><br>     vs. <br><br> HAPAG-LLOYD (AMERICA), INC., <br><br>          Cross-Defendant. | CASE NO. 3:09-CV-03118SC <br><br> STIPULATION FOR DISMISSAL OF SSA MARINE's CROSS-CLAIM AGAINST HAPAG-LLOYD (AMERICA), INC.; [Proposed] ORDER OF DISMISSAL |

//

//

Stipulation for Dismissal – Case No. 3:09-cv-031118-SC

## STIPULATION

The parties, by and through their counsel of record, do here by agree and stipulate as follows:

1. All of the original plaintiffs in this action have dismissed their claims;

2. The remaining parties are: cross-claimant SSA MARINE, INC. ("SSA") and cross-defendant HAPAG-LLOYD (AMERICA), INC. ("H-L").

3. The remaining parties have entered into a settlement of all claims asserted in this action and now wish to dismiss with prejudice all claims asserted by each cross-claimant and against each cross-defendant, subject to court approval.

4. Federal Rule of Civil Procedure 41 provides that no action may be voluntarily dismissed after service of an answer or motion for summary judgment by an adverse party, except upon order of the Court. The purpose of this stipulation is to advise the court of the parties' intended disposition of this matter, and to request an order approving of and entering the requested dismissal of this action.

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties to this action, though their counsel of record, that all claims of and between SSA and H-L be dismissed, with prejudice, all sides to bear their own costs.

DATED: April 26, 2011                KEESAL, YOUNG & LOGAN

                                     BY: _____
                                     John Giffin
                                     Attorneys for HAPAG-LLOYD
                                     (AMERICA), INC.

DATED: April 5, 2011                 BERENY & WALLACE

                                     BY: _____
                                     Joshua Bereny
                                     Attorneys for CROSS-CLAIMANT and
                                     SSA MARINE (erroneously served as SSA
                                     Marine, International)

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims of, by, and between SSA and H-L shall be and hereby are dismissed, with prejudice, all sides to bear their own costs.

IT IS SO ORDERED.

DATED: April 27, 2011

_____
Hon. Samuel Conti
United States District Judge

*IT IS SO ORDERED*
[Signature: Samuel Conti]
Judge Samuel Conti